

# NUMBER 13-21-00371-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

## IN THE MATTER OF C.C.C., A JUVENILE

---

**On appeal from the 484th District Court
of Cameron County, Texas.**

---

# ORDER

**Before Chief Justice Contreras and Justices Benavides and Longoria
Order Per Curiam**

This matter is before the Court on appellee the State of Texas's first unopposed motion for extension of time to file brief. This appeal arises from an order waiving the juvenile court's exclusive jurisdiction and transferring the case to criminal district court. *See* TEX. FAM. CODE ANN. §§ 54.02, 56.01(c)(1)(A). After we granted two motions for extension of time filed by appellant, appellant's brief was filed on January 4, 2022; therefore, the State's brief is due on January 24, 2022. *See* TEX. R. APP. P. 38.6(b). The State requests an additional thirty days to file the brief, noting that its counsel has been

diagnosed with COVID-19 and is self-isolating. The State represents that appellant is unopposed to the motion.

Appeals of an order under Texas Family Code § 54.02 certifying a juvenile to stand trial as an adult are governed by the rules of appellate procedure applicable to accelerated appeals. *Order Accelerating Juvenile Certification Appeals and Requiring Courts to Give Notice of the Right to An Immediate Appeal*, Misc. Docket No. 15-9156 (Tex. Aug. 28, 2015); *see* TEX. FAM. CODE ANN. § 56.01(h-1). TEX. R. APP. P. 28.1. Appellate courts are directed to ensure "so far as reasonably possible" that appeals in such cases are brought to final disposition within 180 days of the date the notice of appeal is filed. *Id*. Accordingly, it is the policy of this Court to limit extensions of time in such cases absent truly extraordinary circumstances. *See* TEX. R. APP. P. 38.6(d).

Accordingly, the State's first unopposed motion for extension of time is GRANTED IN PART and DENIED IN PART. We order the State to file its appellee's brief on or before 5:00 p.m. on Monday, February 14, 2022. No further extensions of time will be granted.

PER CURIAM

Delivered and filed on the
7th day of January, 2022.

2